**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Western** District of **Louisiana** (State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☐ Chapter 7
☑ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**: Rovig Minerals, LLC of MT

**3. Other names you know the debtor has used in the last 8 years**
Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**
☑ Unknown
__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

Principal place of business:
2812 First Ave. N
Number   Street
Ste. 510
Billings, MT 59101
City   State   ZIP Code

Yellowstone
County

Mailing address, if different:
126 Heymann Blvd.
Number   Street
P.O. Box
Lafayette, LA 70503
City   State   ZIP Code

Location of principal assets, if different from principal place of business:
St. Landry Parish, among others
Number   Street

City   State   ZIP Code

Official Form 205  Involuntary Petition Against a Non-Individual  page 1

Debtor  Rovig Minerals, LLC of MT        Case number (if known) _____

6. Debtor's website (URL)    www.rovigminerals.com

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☐ No
   ☒ Yes. Debtor  Rovig Minerals, Inc.    Relationship  common ownership
   District  Western District of Louisiana   Date filed  09/25/2019   Case number, if known  19-51133

   Debtor _____    Relationship _____
   District _____  Date filed _____   Case number, if known _____

## Part 3: Report About the Case

10. Venue

    Check one:
    ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205          Involuntary Petition Against a Non-individual          page 2

| Debtor | Rovig Minerals, LLC of MT | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| see attached | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

FDF Energy Services, LLC
Name

100 Asma Blvd., Suite 151
Number   Street

Lafayette         LA        70508
City              State     ZIP Code

Name and mailing address of petitioner's representative, if any

Eric Frey
Name

100 Asma Blvd., Suite 151
Number   Street

Lafayette         LA        70508
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/25/2019
             MM / DD / YYYY

**X** /s/ Eric Frey
Signature of petitioner or representative, including representative's title

**Attorneys**

Michael A. Crawford
Printed name

Taylor, Porter, Brooks & Phillips
Firm name, if any

P.O. Box 2471
Number   Street

Baton Rouge       LA        70821
City              State     ZIP Code

Contact phone  225-387-3221   Email  mike.crawford@taylorporter.com

Bar number  22315

State  Louisiana

**X** /s/ Michael A. Crawford, attorney
Signature of attorney

Date signed  09/25/2019
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

19-51134 - #1  File 09/25/19  Enter 09/25/19 12:06:17  Main Document  Pg 3 of 5

Debtor  **Rovig Minerals, LLC of MT**      Case number (if known)_____
        Name

**Name and mailing address of petitioner**

Tri-City Services, Inc.
Name

P.O. Box 81858
Number   Street

Lafayette              LA       70598
City                   State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Randy LeBLanc
Name

P.O. Box 81858
Number   Street

Lafayette              LA       70598
City                   State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/25/2019
             MM / DD / YYYY

✘ /s/ Randy LeBlanc
Signature of petitioner or representative, including representative's title

Michael A. Crawford
Printed name

Taylor, Porter, Brooks & Phillips
Firm name, if any

P.O. Box 2471
Number   Street

Baton Rouge            LA       70821
City                   State    ZIP Code

Contact phone  225-387-3221   Email  mike.crawford@taylorporter.com

Bar number     22315

State          Louisiana

✘ /s/ Michael A. Crawford, attorney
Signature of attorney

Date signed    09/25/2019
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

Oil Country Tubular Corporation
Name

P.O. Box 689
Number   Street

Youngsville            LA       70592
City                   State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

J.C. Gallet
Name

P.O. Box 689
Number   Street

Youngsville            LA       70592
City                   State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/25/2019
             MM / DD / YYYY

✘ /s/ J.C. Gallet
Signature of petitioner or representative, including representative's title

Michael A. Crawford
Printed name

Taylor, Porter, Brooks & Phillips
Firm name, if any

P.O. Box 2471
Number   Street

Baton Rouge            LA       70821
City                   State    ZIP Code

Contact phone  225-387-3221   Email  mike.crawford@taylorporter.com

Bar number     22315

State          Louisiana

✘ /s/ Michael A. Crawford
Signature of attorney

Date signed    09/25/2019
               MM / DD / YYYY

Debtor: **Rovig Minerals, LLC of MT**  
Case number (if known): _____

### Name and mailing address of petitioner
**DH Rock Bit, Inc.**
Name

502 W. Montgomery St., Ste. 306
Number   Street

Willis          TX      77378
City            State   ZIP Code

### Name and mailing address of petitioner's representative, if any
Douglas Hopkins
Name

502 W. Montgomery St., Ste. 306
Number   Street

Willis          TX      77378
City            State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/25/2019
MM / DD / YYYY

✖ /s/ Douglas Hopkins
Signature of petitioner or representative, including representative's title

---

Michael A. Crawford
Printed name

Taylor, Porter, Brooks & Phillips
Firm name, if any

P.O. Box 2471
Number   Street

Baton Rouge     LA      70821
City            State   ZIP Code

Contact phone 225-387-3221  Email mike.crawford@taylorporter.com

Bar number 22315

State Louisiana

✖ /s/ Michael A. Crawford
Signature of attorney

Date signed 09/25/2019
MM / DD / YYYY

---

### Name and mailing address of petitioner
**Aldonsa, Inc. d/b/a Oilfield Instrumentation, USA**
Name

P.O. Box 51902
Number   Street

Lafayette       LA      70505
City            State   ZIP Code

### Name and mailing address of petitioner's representative, if any
H. Allen Stuart, Jr.
Name

P.O. Box 51902
Number   Street

Lafayette       LA      70505
City            State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/25/2019
MM / DD / YYYY

✖ /s/ H. Allen Stuart, Jr.
Signature of petitioner or representative, including representative's title

---

Michael A. Crawford
Printed name

Taylor, Porter, Brooks & Phillips
Firm name, if any

P.O. Box 2471
Number   Street

Baton Rouge     LA      70821
City            State   ZIP Code

Contact phone 225-387-3221  Email mike.crawford@taylorporter.com

Bar number 22315

State Louisiana

✖ /s/ Michael A. Crawford, attorney
Signature of attorney

Date signed 09/25/2019
MM / DD / YYYY